UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYLE ALLEN, | : |
|         Plaintiff | : |
| | : |
|     v. | :    No. 5:24-cv-3194 |
| | : |
| PROTECTIVE INSURANCE COMPANY, | : |
|         Defendant | : |

# O R D E R

**AND NOW**, this day of 26th September, 2024, for the reasons set forth in the Opinion issued this date, Defendant's Motion to Dismiss, *see* ECF No. 5, is **GRANTED** in part and **DENIED** in part as follows.  **IT IS ORDERED THAT**:

1. Count II Bad Faith is **DISMISSED** without prejudice;

2. In all other respects, the Motion is **DENIED**;

3. **Within twenty (20) days of the date of this Order**, Plaintiff may file an amended complaint.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge